IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel Pena,<br><br>        Plaintiff,<br><br>vs.<br><br>Joseph Arpaio,<br><br>        Defendant. | No. CV 05-2324 PHX NVW<br><br>**ORDER** |

Before the court is Plaintiff's *pro se* complaint pursuant to 42 U.S.C. § 1983 (doc. #1). On January 5, 2006, United States Magistrate Judge Mark E. Aspey issued a Report and Recommendation ("R & R") (doc. #6) in accordance with 28 U.S.C. § 636(b)(1)(B). The R & R recommended that the complaint be dismissed. No objections were filed.

The court has reviewed the R & R and agrees with the magistrate judge's determinations. Accordingly, the court will accept the R & R and dismiss the complaint. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge").

IT IS THEREFORE ORDERED accepting the Report and Recommendation of Magistrate Judge Aspey (doc. #6).

IT IS FURTHER ORDERED that Plaintiff's complaint (doc. #1) is dismissed without prejudice for failure to comply with LRCiv 3.4, Local Rules of Civil Procedure for the United States District Court for the District of Arizona.

1   IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment
2 accordingly and terminate this action.
3   DATED this 31st day of January 2006.

_____
Neil V. Wake
United States District Judge